Local Bankruptcy Form 1007-6.1

# United States Bankruptcy Court
### District of Colorado

In re   **Patrick Clint Montgomery**                                            ,

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Case No. _____

Address   **828 17th St., #620**
**Denver, CO 80202**

Chapter   **7**

Last four digits of Social-Security or Individual
TaxPayer-Identification (ITIN) No(s).,(if any):   **xxx-xx-2162**
Employer's Tax-Identification (EIN) No(s). (if any): _____

## Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*,   **Patrick Clint Montgomery**   , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case __;

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

■ c) I am self-employed and do not receive any evidence of payment from an employer;

☐ d) Other (please provide explanation) __

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated:   **June 18, 2015**

By:**/s/ Patrick Clint Montgomery**
(Signature of Debtor)
**Patrick Clint Montgomery**

Printed name of Debtor
**828 17th St., #620**

**Denver,CO 80202-0000**

*A separate form must be signed for each Debtor.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy